[No. 8197-1-II. Division Two. September 24, 1986.]

GARRY ALEXANDER, *Appellant,* v. THE CIVIL SERVICE COMMISSION OF THE CITY OF OCEAN SHORES, *Respondent.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 81–2–00020–3, John H. Kirkwood, J., entered September 26, 1984. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Hanley and Swayze, JJ. Pro Tem.